JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL PULIDO,<br><br>                Plaintiff,<br><br>   vs.<br><br>JOSE TOVAR, in their individual capacities; SKYELER SHIMMIN, in their individual capacities; SARABJOT KAUR, in their individual capacities,<br><br>                Defendants. | Case No. 2:23-cv-03342-MWF (MARx)<br><br>JUDGMENT |

     The above-entitled matter came before the Honorable Michael W. Fitzgerald, United States District Judge, presiding in Courtroom 5A of the above-entitled Court, pursuant to Defendants Sarabjot Kaur's, Skyeler Shimmin's, and Jose Tovar's Request for Judgment ("Request"), filed on November 16, 2023. (Docket No. 46).

     The Court had previously conditionally granted Defendants' motion for judgment on the pleadings and ordered Plaintiff to surrender himself to the proper California authorities on or before Tuesday, November 7, 2023, at noon. (Docket No. 45). Plaintiff failed to surrender himself by the Court-ordered deadline.

1

1 | Having reviewed the Request, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of Defendants and against Plaintiff as follows:

1. This action is **DISMISSED** without prejudice; and
2. Defendants are awarded their costs as provided by law.

Dated:  November 28, 2023.

_____
MICHAEL W. FITZGERALD
United States District Judge